RICHARD A. LAPOINTE *v.* COMMISSIONER OF CORRECTION

The petitioner Richard A. Lapointe's petition for certification for appeal from the Appellate Court, 67 Conn. App. 674 (AC 21249), is denied.

*W. James Cousins* and *Paul Casteleiro*, pro hac vice, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided March 6, 2002

FLOYD WILLIAMS *v.* COMMISSIONER OF CORRECTION

The petitioner Floyd Williams' petition for certification for appeal from the Appellate Court, 67 Conn. App. 909 (AC 21334), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Damon A. R. Kirschbaum*, special public defender, in support of the petition.

*Linda N. Howe*, assistant state's attorney, in opposition.

Decided March 6, 2002